UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
AMERICAN EMPIRE SURPLUS LINES
INSURANCE COMPANY                    :   Case No.: 1:23-cv-08708
                                     :
                  Plaintiff,         :
                                     :
     -against-                       :
                                     :
MARFI CONTRACTING CORP.,             :
                                     :
                  Defendant.         :
------------------------------------------------------------X

# NOTICE OF BANKRUPTCY

      Daniel R. Wotman of Wotman Law, PLLC, attorneys for Marfi Contracting Corp., notifies the Court and other parties as follows:

      1.    Marfi Contracting Corp. filed a Chapter 7 bankruptcy petition under Title 11, United States Bankruptcy Code, in the United States Bankruptcy Court for the Eastern District of New York, on January 29, 2024, and the case number is 1-24-40422-nhl. An order for relief has been entered. See attached Notice of Chapter 7 Case from the Bankruptcy Court.

      2.    This action is subject to the automatic stay imposed by 11 U.S.C. § 362.

Dated: this 30th day of January 2024

                                    Wotman Law, PLLC
                                    Attorneys for Marfi Contracting Corp.
                                    1979 Marcus Avenue, Suite 210
                                    Lake Success, NY 10177
                                    (516) 466-0030

                                  By: */s/ Daniel R. Wotman*
                                         Daniel R. Wotman

| Information to identify the case: | | |
|---|---|---|
| Debtor | **Marfi Contracting Corp**<br>Name | EIN: 11-2746612 |
| United States Bankruptcy Court | Eastern District of New York | Date case filed for chapter: 7  1/29/24 |
| Case number: | 1-24-40422-nhl | |

Official Form 309C (For Corporations or Partnerships)
## Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline                    10/20

For the debtor listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.

This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines.

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

| | | |
|---|---|---|
| 1. Debtor's full name | Marfi Contracting Corp | |
| 2. All other names used in the last 8 years | | |
| 3. Address | 826 72nd Street<br>Brooklyn, NY 11228 | |
| 4. Debtor's attorney<br>Name and address | Daniel R Wotman<br>Wotman Law PLLC<br>250 Park Avenue<br>7th Floor<br>New York, NY 10177 | Contact phone 646-774-2900<br><br>Email: dwotman@wotmanlaw.com |
| 5. Bankruptcy trustee<br>Name and address | Alan Nisselson<br>c/o Windels Marx Lane & Mittendorf LLP<br>156 West 56th Street<br>New York, NY 10019 | Contact phone (212) 237-1199<br><br>Email: anisselson@windelsmarx.com |
| 6. Bankruptcy clerk's office<br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | 271-C Cadman Plaza East, Suite 1595<br>Brooklyn, NY 11201-1800 | Hours open:<br>9:00 am - 4:30 pm Monday-Friday<br><br>Contact phone (347) 394-1700<br><br>Date: 1/30/24 |
| 7. Meeting of creditors<br>The debtor's representative must attend the meeting to be questioned under oath. Creditors may attend, but are not required to do so. | **March 6, 2024 at 12:00 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>Zoom video meeting. Go to Zoom.us/join, Enter Meeting ID 720 154 3864, and Passcode 1750683777, OR call 1 929 547 4987 |
| | For additional meeting information go to https://www.justice.gov/ust/moc | |
| 8. Proof of claim<br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now.<br><br>If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| 9. Creditors with a foreign address | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |

Official Form 309C (For Corporations or Partnerships)    **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**    page 1